**Order entered August 19, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00123-CV

### SAMUELS AND SONS, LLC, Appellant

### V.

### CAROLINE WILLIAMSON, MARY TUCKER, AND JACOB SHAPE,
**Appellees**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-20-00796-D**

## ORDER

Before the Court are appellant's motion to extend time to file brief and appellees' response in opposition. We **GRANT** the motion and **ORDER** the brief be filed no later than September 20, 2021.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE